FILED

11/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0166

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0166

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

KYLE ALEXANDER HAMM,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including January 4, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 27 2020